[No. 53261-8-I.   Division One.   February 28, 2005.]

DOROTHY M. WALKER, *Appellant*, v. KING COUNTY METRO ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-20135-2, Douglass A. North, J., entered September 26, 2003. *Affirmed* by unpublished opinion per Becker, J., concurred in by Grosse and Kennedy, JJ. Now published at 126 Wn. App. 904.

[No. 53271-5-I.   Division One.   February 28, 2005.]

KEITH G. JOHNSON, *Appellant*, v. THE PORT OF SEATTLE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-25335-1, Laura Gene Middaugh, J., entered October 27, 2003. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Kennedy and Agid, JJ.

[No. 53545-5-I.   Division One.   February 28, 2005.]

MARGARET GALLAGHER ET AL., *Appellants*, v. NIRMAL SIDHU ET AL., *Respondents*.

Appeal from judgments of the Superior Court for King County, No. 01-2-16511-9, Charles W. Mertel, J., entered November 21 and December 12, 2003. *Affirmed* by unpublished opinion per Baker, J., concurred in by Ellington, A.C.J., and Becker, J. Now published at 126 Wn. App. 913.

[No. 53967-1-I.   Division One.   February 28, 2005.]

ROBERT A. FUNK ET AL., *Appellants*, v. THE CITY OF DUVALL ET AL., *Respondents*.

Appeal from judgments of the Superior Court for King County, No. 02-2-27905-8, Michael J. Fox, J., entered December 12, 2003, and February 20 and March 11, 2004. *Affirmed* by unpublished opinion per Becker, J., concurred in by Grosse and Kennedy, JJ. Now published at 126 Wn. App. 920.